UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
MELENDEZ, CARMEN M                    §    Case No. 10-54417
                                      §
        Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 03/15/2013 in Courtroom ,

        North Branch Court
        1792 Nicole Lane
        Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                           Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MELENDEZ, CARMEN M § Case No. 10-54417
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,704.72 |
| and approved disbursements of | $ | 79.57 |
| leaving a balance on hand of[1] | $ | 4,625.15 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 466.22 | $ 0.00 | $ 466.22 |
| Trustee Expenses: JOSEPH E. COHEN | $ 18.06 | $ 0.00 | $ 18.06 |
| Charges: CLERK, U.S.BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 3.93 | $ 3.93 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 744.28 |
| Remaining Balance | | $ | 3,880.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,286.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Metabank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN 56303 | $ 181.87 | $ 0.00 | $ 181.87 |
| 000002 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | $ 1,105.03 | $ 0.00 | $ 1,105.03 |

Total to be paid to timely general unsecured creditors     $   1,286.90

Remaining Balance     $   2,593.97

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 23.10 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,570.87 .

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-54417-ABG
Carmen M Melendez  Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: cturner         Page 1 of 3       Date Rcvd: Feb 13, 2013
                          Form ID: pdf006       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2013.
```
db           +Carmen M Melendez,   3027 Gabriel Ave.,   Zion, IL 60099-3136
16523289      ADTADT Security Services,   P.O. Box 650485,   Dallas, TX 75265-0485
16523288     +Aarons Furniture,   1403 North Lewis Ave.,   Waukegan, IL 60085-1757
16523293     +AmeriCash Loans,   2107 Sheridan Rd #C,   Zion, IL 60099-2326
16523290     +American Family Insurace,   6000 American Parkway,   Madison, WI 53783-0002
16523291     +American Family Insurance,   6000 American Parkway,   Madison, WI 53783-0002
16523292     +American Service Insurance,   150 Northwest Point Blvd,   Elk Grove Village, IL 60007-1000
16523294     +Auto Club Inurance Association,   c/o Gibson & Sharps,   9390 Bunsen Parkway,
               Louisville, KY 40220-3789
16523296    ++BAXTER CREDIT UNION,   COLLECTION DEPARTMENT,   PO BOX 8133,   VERNON HILLS IL 60061-8133
              (address filed with court: Baxter Credit Union,   340 N Milwaukee Ave.,   Vernon Hills, IL 60061)
16523295     +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
16523297      Blue Cross & Blue Shield of IL,   c/o Healthcare Recoveries,   PO Box 37364 dept. 12598331,
               Louisville, KY 40233-7364
16523299     +Chase- Tjx,   Po Box 15298,   Wilmington, DE 19850-5298
16523300     +City of Zion,   Accounts Department,   2828 Sheridan Rd.,   Zion, IL 60099-2627
16523301     +Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
16523303     +Founders Insurance Co.,   c/o Andre & Diokno, P.C.,   1043 South York Road, Suite 104,
               Bensenville, IL 60106-3489
16523304     +Germaine Gonzalez/K69383,   Western Illinois CorrectionalCenter,   2500 Rt. 99 South,
               Mount Sterling, IL 62353-1462
18479956     +Metabank-Fingerhut,   6250 Ridgewood Rd,   St. Cloud, MN 56303-0820
16523305      Metabnk/fhut,   PO Box 166,   Newark, NJ 07101-0166
16523306     +Municpal Collections Services, Inc.,   PO Box 666,   Lansing, IL 60438-0666
16523307     +National Credit System,   Attn: Bankruptcy,   Po Box 312125,   Atlanta, GA 31131-2125
16523308     +Payday Loans,   1428 N. Lewis Ave.,   Waukegan, IL 60085-1758
16523310     +Plains Commerce Bank,   2101 W 41st St Ste 34,   Sioux Falls, SD 57105-6195
16523311     +Primeramerica,   3120 Breckinridge Blvd.,   Duluth, GA 30099-4900
16523312     +Receivables Management Inc. (RMI)/ Mortg,   Attn: Bankruptcy,   3348 Ridge Rd,
               Lansing, IL 60438-3112
16523313     +Tribute,   Po Box 105555,   Atlanta, GA 30348-5555
16523314     +United Consumer Financial Services,   865 Bassett Rd,   Westlake, OH 44145-1194
18649796      VERIZON WIRELESS,   PO BOX 3397,   BLOOMINGTON, IL 61702-3397
16523316      Verizon Wireless,   PO Box 25505,   Lehigh Valley, PA 18002-5505
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16523296      E-mail/Text: dob@bcu.org Feb 14 2013 02:52:27     Baxter Credit Union,   340 N Milwaukee Ave.,
               Vernon Hills, IL 60061
16523302     +E-mail/Text: creditonebknotifications@resurgent.com Feb 14 2013 02:01:13     Credit One Bank,
               Po Box 98875,   Las Vegas, NV 89193-8875
16523315     +Fax: 866-419-3894 Feb 14 2013 03:21:53     US Cellular,   PO Box 7835,   Madison, WI 53707-7835
                                                                                              TOTAL: 3
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16523309      Peoples Gas,   Must call local office or 877-832-6747
16523298    ##+Brother Loan & Finance Company,   1726 North Sheridan Rd.,   North Chicago, IL 60064-2234
                                                                                           TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cturner            Page 2 of 3            Date Rcvd: Feb 13, 2013
                              Form ID: pdf006          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2013**                      **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: cturner              Page 3 of 3                  Date Rcvd: Feb 13, 2013
                               Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2013 at the address(es) listed below:
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
          Joseph E Cohen    jcohen@cohenandkrol.com,    jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
          Maria Georgopoulos    on behalf of Creditor    Ocwen Loan Servicing, LLC as successor in interest
           from BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP nd-three@il.cslegal.com
          Mark L Shaw    on behalf of Debtor Carmen M Melendez markshawlaw@hotmail.com,
           stevenbweinberg@gmail.com;sllgrgosselin@hotmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                           TOTAL: 5