UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                   §
                                         §
MELENDEZ, CARMEN M                       §     Case No. 10-54417
                                         §
        Debtor(s)                        §
                                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/JOSEPH E. COHEN_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CARMEN A. MELENDEZ |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baxter Credit Union 340 N Milwaukee Ave. Vernon Hills, IL 60061 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CLERK, U.S.BANKRUPTCY COURT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADTADT Security Services P.O. Box 650485 Dallas, TX 75265-0485 | | | | | |
| | Aarons Furniture 1403 North Lewis Ave. Waukegan, IL 60085 | | | | | |
| | AmeriCash Loans 2107 Sheridan Rd #C Zion, IL 60009 | | | | | |
| | American Family Insurace 6000 American Parkway Madison, WI 53783 | | | | | |
| | American Family Insurance 6000 American Parkway Madison, WI 53783 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Service Insurance 150 Northwest Point Blvd Elk Grove Village, IL 60007 | | | | | |
| | Auto Club Inurance Association c/o Gibson & Sharps 9390 Bunsen Parkway Louisville, KY 40220 | | | | | |
| | Baxter Credit Union 340 N Milwaukee Ave. Vernon Hills, IL 60061 | | | | | |
| | Blue Cross & Blue Shield of IL c/o Healthcare Recoveries PO Box 37364 dept. 12598331 Louisville, KY 40233-7364 | | | | | |
| | Brother Loan & Finance Company 1726 North Sheridan Rd. North Chicago, IL 60064 | | | | | |
| | Chase- Tjx Po Box 15298 Wilmington, DE 19850 | | | | | |
| | City of Zion Accounts Department 2828 Sheridan Rd. Zion, IL 60099 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast PO Box 3002 Southeastern, PA 19398 | | | | | |
| | Credit One Bank Po Box 98875 Las Vegas, NV 89193 | | | | | |
| | Founders Insurance Co. c/o Andre & Diokno, P.C. 1043 South York Road, Suite 104 Bensenville, IL 60106 | | | | | |
| | Metabnk/fhut PO Box 166 Newark, NJ 07101-0166 | | | | | |
| | National Credit System Attn: Bankruptcy Po Box 312125 Atlanta, GA 31131 | | | | | |
| | Payday Loans 1428 N. Lewis Ave. Waukegan, IL 60085 | | | | | |
| | Peoples Gas Must call local office or 877-832-6747 | | | | | |
| | Peoples Gas Must call local office or 877-832-6747 | | | | | |
| | Plains Commerce Bank 2101 W 41st St Ste 34 Sioux Falls, SD 57105 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Primeramerica 3120 Breckinridge Blvd. Duluth, GA 30099 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivables Management Inc. (RMI)/ Mortg Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Tribute Po Box 105555 Atlanta, GA 30348 | | | | | |
| | US Cellular PO Box 7835 Madison, WI 53707 | | | | | |
| | United Consumer Financial Services 865 Bassett Rd Westlake, OH 44145 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | | | | |
| 000001 | METABANK-FINGERHUT | | | | | |
| 000002 | VERIZON WIRELESS | | | | | |
| | METABANK-FINGERHUT | | | | | |
| | United States Bankruptcy Court | | | | | |
| | CARMEN A. MELENDEZ | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-54417 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MELENDEZ, CARMEN M | | | | Date Filed (f) or Converted (c): | 12/08/10 (f) |
| | | | | | 341(a) Meeting Date: | 01/21/11 |
| For Period Ending: | 11/18/13 | | | | Claims Bar Date: | 04/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 3027 Gabriel Ave., Zion IL 6009 | 129,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash on hand | 50.00 | 50.00 | | 0.00 | 0.00 |
| 3. Personal checking/savings account | 100.00 | 100.00 | | 0.00 | 0.00 |
| 4. Ordinary household goods and furniture | 500.00 | 500.00 | | 0.00 | 0.00 |
| 5. Books, pictures, art, records, compact discs, coll | 300.00 | 300.00 | | 0.00 | 0.00 |
| 6. Ordinary clothing | 250.00 | 250.00 | | 0.00 | 0.00 |
| 7. Gold Jewlry | 4,500.00 | 500.00 | | 0.00 | 0.00 |
| 8. Life insurance | 0.00 | Unknown | | 0.00 | Unknown |
| 9. retirement through employer | 0.00 | Unknown | | 0.00 | Unknown |
| 10. 2003 Infiniti G35, 90K miles | 7,900.00 | 5,500.00 | | 0.00 | 5,500.00 |
| 11. TAX REFUND (u) | 0.00 | 5,000.00 | | 4,704.05 | 295.95 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.67 | Unknown |

TOTALS (Excluding Unknown Values)         $142,600.00      $12,200.00                    $4,704.72      Gross Value of Remaining Assets
                                                                                                        $5,795.95
                                                                                                        (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED COPIES OF TITLE AND INFO REGARDING JEWELRY AND TAX REFUND.  TRUSTEE COLLECTED TAX REFUNDS.

Initial Projected Date of Final Report (TFR): 11/30/12     Current Projected Date of Final Report (TFR): 02/28/13

LFORM1                                                                                                                     Ver: 17.04

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 1

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-54417 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MELENDEZ, CARMEN M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2093 Checking Account |
| Taxpayer ID No: | *******5388 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,636.76 | | 4,636.76 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.86 | 4,633.90 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.95 | 4,630.95 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.85 | 4,628.10 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.95 | 4,625.15 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 4.86 | 4,620.29 |
| 03/19/13 | 300002 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 466.22 | 4,154.07 |
| 03/19/13 | 300003 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 18.06 | 4,136.01 |
| 03/19/13 | 300004 | CLERK, U.S.BANKRUPTCY COURT | Reopening deferred fees | 2700-000 | | 260.00 | 3,876.01 |
| 03/19/13 | 300005 | Metabank-Fingerhut 6250 Ridgewood Rd St. Cloud, MN 56303 | Claim 000001, Payment 100.47287% | | | 182.73 | 3,693.28 |
| | | | Claim 181.87 | 7100-000 | | | |
| | | | Interest 0.86 | 7990-000 | | | |
| * 03/19/13 | 300006 | VERIZON WIRELESS PO BOX 3397 BLOOMINGTON, IL 61702-3397 | Claim 000002, Payment 100.47329% (2-1) 2060 | | | 1,110.26 | 2,583.02 |
| | | | Claim 1,105.03 | 7100-003 | | | |
| | | | Interest 5.23 | 7990-003 | | | |

Page Subtotals  4,636.76  2,053.74

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-54417 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MELENDEZ, CARMEN M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2093  Checking Account |
| Taxpayer ID No: | *******5388 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/19/13 | 300007 | CARMEN A. MELENDEZ | Surplus to Debtor | | | 2,583.02 | 0.00 |
| | | | Surplus to Debtor | | | | |
| | | | Claim     2,570.87 | 8200-002 | | | |
| | | | Interest       12.15 | 7990-000 | | | |
| * 09/16/13 | 300006 | VERIZON WIRELESS | Claim 000002, Payment 100.47329% | | | -1,110.26 | 1,110.26 |
| | | PO BOX 3397 | | | | | |
| | | BLOOMINGTON, IL 61702-3397 | | | | | |
| | | | Claim    ( 1,105.03 ) | 7100-003 | | | |
| | | | Interest  (     5.23) | 7990-003 | | | |
| 09/16/13 | 300008 | United States Bankruptcy Court | Claim 000002, Payment 100.47329% | | | 1,110.26 | 0.00 |
| | | IL | (2-1) 2060 | | | | |
| | | | Claim     1,105.03 | 7100-001 | | | |
| | | | Interest       5.23 | 7990-001 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,636.76 | 4,636.76 | 0.00 |
| Less: Bank Transfers/CD's | 4,636.76 | 0.00 | |
| Subtotal | 0.00 | 4,636.76 | |
| Less: Payments to Debtors | | 2,583.02 | |
| Net | 0.00 | 2,053.74 | |

Page Subtotals      0.00      2,583.02

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-54417 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MELENDEZ, CARMEN M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1773 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5388 | | | |
| For Period Ending: | 11/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/11 | 11 | Jackson Hewitt/Republic Bank | Tax refund | 1224-000 | 4,704.05 | | 4,704.05 |
| | | | Income tax refund | | | | |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,704.08 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,704.12 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,704.16 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,704.20 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,704.24 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,704.28 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,704.32 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.99 | 4,698.33 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,698.37 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.79 | 4,692.58 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,692.62 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.79 | 4,686.83 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,686.87 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.15 | 4,680.72 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,680.76 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.56 | 4,675.20 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 3.93 | 4,671.27 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,671.31 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.75 | 4,665.56 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,665.60 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.93 | 4,659.67 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,659.71 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.92 | 4,653.79 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,653.83 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.53 | 4,648.30 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,648.34 |
| | | | Page Subtotals | | 4,704.68 | 56.34 | |

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-54417 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MELENDEZ, CARMEN M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1773  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5388 | | | |
| For Period Ending: | 11/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.10 | 4,642.24 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,642.28 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 5.52 | 4,636.76 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,636.76 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 4,704.72 | 4,704.72 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 4,636.76 | |
| Subtotal | 4,704.72 | 67.96 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,704.72 | 67.96 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2093 | 0.00 | 2,053.74 | 0.00 |
| Money Market Account (Interest Earn - ********1773 | 4,704.72 | 67.96 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,704.72 | 2,121.70 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.04        4,648.38

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*